IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MARCUS WOODS | § | |
| VS. | § | CIVIL ACTION NO. 5:07cv77 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ORDER REGARDING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Marcus Woods, an inmate confined at the Telford Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the above-styled petition be dismissed as repetitious of another pending petition, Civil Action Number 5:07cv66, styled *Woods v. Director*.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] Petitioner's claims contesting the conditions of his confinement were severed from this action by the magistrate judge.  *See Woods v. Director,* Civil Action No. 5:07cv103.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 2nd day of August, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE